IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**VICTORIA L. HAYNES**                                                                                **PLAINTIFF**

v.                                 CASE NO.  3:16-CV-00252 BSM

**JACK WAGONER, III and**
**WAGONER LAW FIRM, P.A.**                                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of March 2017.

_____
UNITED STATES DISTRICT JUDGE