IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**VICTORIA L. HAYNES**                                                                                                 **PLAINTIFF**

**v.**                                            **CASE NO. 3:16-CV-00252 BSM**

**JACK WAGONER, III and**
**WAGONER LAW FIRM, P.A.**                                                                   **DEFENDANTS**

# ORDER

The motion to dismiss the counterclaim [Doc. No. 36] submitted by defendants Jack Wagoner III and the Wagoner Law Firm is granted without prejudice. *See* Fed. R. Civ. P. 41(a)(2).

IT IS SO ORDERED this 30th day of March 2017.

_____
UNITED STATES DISTRICT JUDGE